

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Humberto Polanco,                          * From the 161st District Court
                                             of Ector County,
                                             Trial Court No. B-21-0298-CR.

Vs. No. 11-23-00015-CR                     * May 16, 2024

The State of Texas,                        * Opinion by Trotter, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.